IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS,<br><br>              Plaintiff,<br><br>  v.<br><br>WET SHAVING PRODUCTS LLC<br><br>              Defendant. | Civil Action No. 1:20-cv-10273 |

## NOTICE OF SETTLEMENT

      Plaintiff Erick Gathers, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Wet Shaving Products LLC. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: March 31, 2020                              BLOCK & LEVITON, LLP

                                                                By:    */s/ Jason Leviton*
                                                                Jason M. Leviton, Esq.
                                                                260 Franklin Street, Suite 1860
                                                                Boston, MA 02110
                                                               Telephone: 617-398-5600
                                                               Jason@blockesq.com

                                                               *Attorney for Plaintiff Erick Gathers*

## CERTIFICATE OF SERVICE

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 31st day of March, 2020.

                                        */s/ Jason M. Leviton*
                                        Jason M. Leviton